James F. Pokorny
Law Offices of James F. Pokorny
110 West C Street, Suite 1504
San Diego, CA 92101
State Bar No. 75407
619-239-8142

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S-05-236-EJG |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROGER MUSSO, | ) | c/ejg |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**:     That the status conference set for July 15, 2005 is VACATED, and a new status conference date of July 28, 2005 at 2:00 p.m. is scheduled. It is further ORDERED that the time under the Speedy Trial Act between July 15, 2005 and July 28, 2005, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare.

Dated: 6/30/2005                    __/s/Edward J. Garcia, Judge

1