James F. Pokorny
Law Offices of James F. Pokorny
110 West C Street, Suite 1504
San Diego, CA 92101
State Bar No. 75407
619-239-8142

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S-05-236-EJG |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROGER MUSSO, | ) | C/EJG |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED**: That the status conference set for August 5, 2005 is VACATED, and a new status conference date of August 12, 2005 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between now and August 12, 2005, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the parties ample opportunity and time to continue their negotiations for a successful disposition of the case.

Dated:  8/2/05                                  /s/ Edward J. Garcia
                                                Honorable Edward J. Garcia